# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

WALTER ROSARIO-COLON

NO. 2023 KW 0741

**OCTOBER 23, 2023**

---

In Re: Walter Rosario-Colon, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 735365.

---

**BEFORE: WELCH, HOLDRIDGE, AND WOLFE, JJ.**

**WRIT DENIED ON THE SHOWING MADE IN PART AND DENIED IN PART.** Relator failed to include a copy of the indictment, the district court's ruling on his **Batson v. Kentucky**, 476 U.S. 79, 106 S.Ct. 1712, 90 L.Ed.2d 69 (1986) claim, and the State's response to all of his claims for postconviction relief. Relator also failed to include a copy of the voir dire examination transcript and any other documents supporting his **Batson** challenge and his allegation that the trial court abused its discretion in denying his challenge for cause of juror number 17. Therefore, these claims cannot be reviewed. The party seeking relief is responsible for filing and attaching all documents and exhibits in connection with an application for supervisory writs. See Uniform Rules of Louisiana Courts of Appeal, Rule 4-1. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. Any future filing on these two issues should include the entire contents of this application, the missing items noted above, and a copy of this ruling. In all other respects, the writ application is denied.

**JEW**
**GH**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT